

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2018

No. 04-17-00026-CV

Michele R. **PAULI**
Appellant / Cross-Appellee

v.

Michael D. **HAYES** and Teresa C. Hayes
Appellees / Cross-Appellants

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12272
Honorable Solomon Casseb, III, Judge Presiding

## C O R R E C T E D   O R D E R

Sitting:    Patricia Alvarez, Justice
          Luz Elena D. Chapa, Justice
          Irene Rios, Justice

The Appellants' Unopposed Motion for Extension of Time to File Brief is GRANTED.

Entered this 9th day of February, 2018.

**PER CURIAM**

Attested to: _____
          Keith E. Hottle,
          Clerk of Court

